✓ JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HEALTH CONNECTION, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>v.<br><br>PULMONARY ASSOCIATES OF RICHMOND, INC., a Virginia corporation, and DOES 1 through 25, inclusive,<br><br>        Defendant. | Case No. 2:22-cv-04379-AS<br><br>[~~PROPOSED~~] **ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>FAC Filed:      05/20/2022 |

1 | Pursuant to the stipulation of Plaintiff American Health Connection, Inc. ("Plaintiff") and Defendant Pulmonary Associates of Richmond, Inc. ("Defendant"),

**IT IS HEREBY ORDERED THAT**:

This action is hereby dismissed with prejudice.  Each party is to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  August 16, 2023             By:      / s / Sagar
                                            Honorable Alka Sagar
                                            United States Magistrate Judge

---

1

[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE